1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8

HAYWOOD P. WILSON,                     )
9                                      )
                    Plaintiff,         )
10                                     )        3:13-cv-00381-RCJ-VPC
                vs.                    )
11                                     )
MAX COACH MANUFACTORS et al.,          )              **ORDER**
12                                     )
                Defendants.            )
13 _____ )

14          Plaintiff sued the Regional Transportation Commission of Southern Nevada, Max Coach

15   Manufactors (sic), and an unnamed bus driver for violations of unspecified civil liberties due to

16   his having fallen and injured himself getting off of a bus.  Plaintiff asks to voluntarily dismiss.

17                                **CONCLUSION**

18          IT IS HEREBY ORDERED that the Motions to Dismiss (ECF No. 3, 4) are GRANTED.

19          IT IS FURTHER ORDERED that the Application to Proceed in Forma Pauperis (ECF

20   No. 1) is DENIED as moot.

21          IT IS FURTHER ORDERED that the Clerk shall close the case.

22          IT IS SO ORDERED.

23   Dated this 30th day of August, 2013.

24                                        _____
                                                    ROBERT C. JONES
25                                             United States District Judge