1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## DISTRICT OF NEVADA

8

HAYWOOD P. WILSON,                          )
                                            )
9                                           )
            Plaintiff,                       )
                                            )            3:13-cv-00381-RCJ-VPC
10                                          )
    vs.                                      )
                                            )
11                                          )
MAX COACH MANUFACTORS et al.,                )            **ORDER**
                                            )
12                                          )
            Defendants.                      )
                                            )
13 _____  )

14          Plaintiff sued the Regional Transportation Commission of Southern Nevada, Max Coach

15   Manufactors (sic), and an unnamed bus driver for violations of unspecified civil liberties due to

16   his having fallen and injured himself getting off of a bus.  Plaintiff asks to voluntarily dismiss.

17                                      **CONCLUSION**

18          IT IS HEREBY ORDERED that the Motions to Dismiss (ECF No. 3, 4) are GRANTED.

19          IT IS FURTHER ORDERED that the Application to Proceed in Forma Pauperis (ECF

20   No. 1) is DENIED as moot.

21          IT IS FURTHER ORDERED that the Clerk shall close the case.

22          IT IS SO ORDERED.

23   Dated this 30th day of August, 2013.

24          _____
                        ROBERT C. JONES
25                      United States District Judge